## No. 14,731.

TUNNEL WATER COMPANY ET AL. *v.* BENZIGER.

(180 P. [2d] 236)

Decided April 28, 1947.

Judgment affirmed en banc without written opinion. Mr. Justice Hays dissents. Mr. Justice Stone not participating.

Mr. BYRON G. ROGERS, Attorney General, Mr. SHRADER P. HOWELL, Assistant, Mr. H. LAWRENCE HINKLEY, Attorney General, Mr. JEAN S. BREITENSTEIN, Mr. L. R. TEMPLE, Mr. ALBERT P. FISCHER, Mr. ROBERT G. SMITH, for plaintiffs in error.

Mr. FANCHER SARCHET, Mr. JEROME SMITH, for defendant in error.